UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

233 N. ROADWAY, L.L.C.                                       CIVIL ACTION

VERSUS                                                      NO. 13-5633

FIDELITY NATIONAL PROPERTY &                                SECTION "N"  (5)
CASUALTY INSURANCE COMPANY, ET AL

## ORDER AND REASONS

Local Rule 7.5 of the Eastern District of Louisiana requires that a memorandum in

opposition to a motion be filed eight days prior to the noticed submission date.  No memorandum

in opposition to the following motion, noticed for submission on February 19, 2014, was filed:

**"Rule 12(b)(6) Motion to Dismiss," filed by defendant Colonial
Claims Corporation (Rec. Doc. 13).**

Accordingly;

**IT IS ORDERED** that the above motion is hereby **GRANTED**, and the plaintiff's

claims against defendant Colonial Claims Corporation are hereby **DISMISSED**.

A motion for reconsideration of this Order, if any, must be filed within twenty-eight days

of the date this Order is entered by the Clerk of Court.  The motion must be accompanied by

opposition memorandum to the original motion.  Because a motion for reconsideration would not

have been necessary had a timely opposition memorandum been filed, the costs incurred in

connection with the motion, including attorneys' fees, will be assessed against the party moving

for reconsideration.  *See* FED. R. CIV. P. 16, 83.  A statement of costs conforming to Local Rule

54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later

than eight days prior to the hearing on the motion for reconsideration.

New Orleans, Louisiana, this 19th day of February, 2014.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**

2